

Priority ✓
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN WOODARD, | ) Case No. CV 07-3450-MMM(RC) |
| Petitioner, | ) ORDER ADOPTING REPORT AND |
| vs. | ) RECOMMENDATION OF UNITED STATES |
| | ) MAGISTRATE JUDGE |
| BOBBY G. COMPTON, | ) |
| Respondent. | ) |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, and has made a <u>de novo</u> determination.

IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; (2) the Report and Recommendation is adopted as the findings of fact and conclusions of law herein; (3) the Court declines to exercise jurisdiction over the two claims petitioner seeks to add to his habeas corpus petition, and petitioner's request to amend his petition to add those claims is denied; and (4) Judgment shall be entered denying the petition for writ of habeas corpus and

1 | dismissing the action with prejudice.

3 | IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Magistrate Judge's Report and Recommendation and Judgment by the United States mail on the parties.

7 | DATED: *January 11, 2008*

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

12 | R&Rs\07-3450.ado
11/29/07